THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, ALICIA COAKLEY, FREDDY BARAJAS, HERIBERTO VALIENTE, DAVID CONCEPCION, DANIEL KASSL, and DANIEL SMITH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTAR GROUP, INC., a Delaware corporation; STR, INC., a Delaware corporation, HILTON WORLDWIDE HOLDINGS INC., a Delaware corporation, HYATT HOTELS CORPORATION, a Delaware corporation, INTERCONTINENTAL HOTELS CORPORATION, a Delaware corporation, LOEWS HOTELS HOLDING CORPORATION, a Delaware corporation, MARRIOTT INTERNATIONAL, INC., a Delaware corporation, and ACCOR MANAGEMENT US INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:24-cv-00229-GJL<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Western District of Washington Local Rule 7.1, Defendant Accor Management US Inc. hereby states that its parent companies are Accor SA, a publicly traded French corporation and FHI Finance (U.S.) Inc., a Delaware corporation.

s/*Robin Wechkin*
Robin Wechkin (WSBA No. 24746)
SIDLEY AUSTIN LLP
8426 316th Place SE
Issaquah, WA 98027
Tel: (415) 439-1799

Carrie Mahan (*pro hac vice* pending)
Benjamin M. Mundel (*pro hac vice* pending)
S. Nicole Booth (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
carrie.mahan@sidley.com
bmundel@sidley.com
nicole.booth@sidley.com

Chad S. Hummel (*pro hac vice* pending)
Amy P. Lally (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
chummel@sidley.com
alally@sidley.com

*Counsel for Defendant Accor Management US Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 15 day of March, 2024.

s/ *Robin Wechkin*
Robin Wechkin