THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*, | CASE NO. C24-0229-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COSTAR GROUP INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendants' deadline to respond to the complaint (Dkt. No. 32) and stipulated motion to substitute the party name and change the case caption (Dkt. No. 56). According to the parties, judicial efficiency would be best served by extending Defendants' deadline to respond by 60 days. (Dkt. No. 32 at 2.) Moreover, the parties stipulate that Defendant Inter-Continental Hotels Corporation was misnamed as a defendant, and that Six Continents Hotels, Inc., a wholly owned subsidiary of Inter-Continental Hotels Corporation, agrees to be substituted as a defendant in this action in place of Inter-Continental Hotels Corporation. (Dkt. No. 56 at 2.)

Finding good cause, both motions (Dkt. Nos. 32, 56) are GRANTED. The deadline for Defendants to answer, move to dismiss, or otherwise respond to the complaint is hereby

extended until May 17, 2024. Moreover, the complaint (Dkt. No. 1) is deemed amended to substitute "Six Continents Hotels, Inc." for "Inter-Continental Hotels Corporation." The Clerk is DIRECTED to terminate Defendant "Inter-Continental Hotels Corporation" from the docket and replace it with "Six Continents Hotels, Inc."

DATED this 21st day of March 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk