THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COSTAR GROUP INC, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C24-0229-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to substitute the party name and change the case caption (Dkt. No. 84). The parties assert that Defendant Hilton Worldwide Holdings Inc. was misnamed as a defendant, and that Hilton Domestic Operating Company Inc. agrees to be substituted as a defendant in this action in place of Hilton Worldwide Holdings Inc. (*Id.* at 2.) Finding good cause, the motion is GRANTED. The complaint (Dkt. No. 1) is deemed amended to substitute "Hilton Domestic Operating Company Inc." for "Hilton Worldwide Holdings Inc." The Clerk is DIRECTED to terminate Defendant "Hilton Worldwide Holdings Inc." from the docket and replace it with "Hilton Domestic Operating Company Inc."

//

//

DATED this 16th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk