THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*, | CASE NO. C24-0229-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COSTAR GROUP INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to file overlength briefs (Dkt. No. 88). Finding good cause, the Court sets the following word limits:

- Defendants' brief in support of their joint motion to dismiss shall not exceed 11,400 words;
- Plaintiffs' brief in opposition to Defendants' joint motion to dismiss shall not exceed 11,400 words; and
- Defendants' reply in support of their joint motion to dismiss shall not exceed 5,700 words.

This stipulation is without prejudice to Loews Hotels Holding Corporation's right to file a separate motion to dismiss, not to exceed the word limit permitted by Local Rule 7(e)(3),

MINUTE ORDER
C24-0229-JCC
PAGE - 1

addressing issues not addressed in the joint MTD.

DATED this 14th day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
