THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COSTAR GROUP, INC., *et al.*, <br><br> Defendants. | CASE NO. C24-0229-JCC <br><br> ORDER |

This matter comes before the Court on attorney Chad S. Hummel's motion to withdraw as counsel to Defendant Accor Management US Inc. (Dkt. No. 86). Finding good cause, the Court GRANTS the motion. It is hereby ORDERED that Mr. Hummel is granted leave to withdraw as counsel in this matter.

DATED this 20th day of May 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C24-0229-JCC
PAGE - 1