THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*, | CASE NO. C24-0229-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COSTAR GROUP INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' and Defendant Hyatt Hotels Corporation's stipulated motion to substitute the party name and change the case caption (Dkt. No. 92). The parties assert that Defendant Hyatt Hotels Corporation was misnamed as a defendant, and that Hyatt Corporation agrees to be substituted as a defendant in this action in place of Hyatt Hotels Corporation. (*Id.* at 1.) Finding good cause, the motion is GRANTED. The complaint (Dkt. No. 1) is deemed amended to substitute "Hyatt Corporation" for "Hyatt Hotels Corporation." The Clerk is DIRECTED to terminate Defendant "Hyatt Hotels Corporation" from the docket and replace it with "Hyatt Corporation."

//

//

DATED this 21st day of May 2024.

        Ravi Subramanian
        Clerk of Court

        s/Kathleen Albert
        Deputy Clerk