THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*, | CASE NO. C24-0229-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COSTAR GROUP INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the briefing schedule for Defendants' motion to dismiss (Dkt. No. 95). Defendants filed their joint motion to dismiss on May 17, 2024. (*See* Dkt. No. 91.) Finding good cause, the Court sets the following briefing schedule:

- Plaintiffs' opposition to Defendants' motion to dismiss is due on July 22, 2024; and
- Defendants' reply in support of their motion to dismiss is due on August 28, 2024.

DATED this 23rd day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C24-0229-JCC
PAGE - 1