THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*, | CASE NO. C24-0229-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| COSTAR GROUP, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 90). Based upon the parties' submission, the Court establishes the following case schedule:

| Event | Date |
|---|---|
| Parties submit proposals for interim deadlines for discovery negotiations regarding written discovery, including the potential timing of rolling productions prior to substantial completion | 14 days after ruling on the motion(s) to dismiss |
| Substantial completion of agreed upon data productions | 6 months after ruling on the motion(s) to dismiss |
| Substantial completion of agreed upon document productions | 300 days after ruling on the motion(s) to dismiss with rolling |

MINUTE ORDER
C24-0229-JCC
PAGE - 1

| | |
|---|---|
| | productions being made prior to substantial completion as documents are ready to be produced |
| Class certification motion and supporting expert reports | Within 14 months after ruling on the motion(s) to dismiss |
| Class certification opposition and supporting expert reports (including any *Daubert* motion challenging expert report submitted with class certification motion) | 90 days from class certification motion |
| Class certification reply and expert rebuttal reports (including any *Daubert* opposition and any *Daubert* motion to class certification opposition expert report) | 60 days from class certification opposition |
| Opposition to any *Daubert* motion of class certification opposition expert report | 30 days from class certification reply |
| Reply in support of any *Daubert* motion of expert report submitted in connection with motion for class certification | 30 days from class certification reply |
| Reply in support of any *Daubert* of expert report submitted in connection with opposition to class certification | 60 days from class certification reply |

The Court will set the remaining dates, including a discovery cutoff, after its ruling on Plaintiff's motion for class certification. If the parties seek oral argument on any of the motions described above, they may so request in accordance with LCR 7(b)(4).

DATED this 23rd day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk