THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COSTAR GROUP INC, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C24-0229-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on Plaintiffs' and Defendants CoStar Group, Inc. and STR, Inc.'s stipulated motion to substitute the party name and change the case caption (Dkt. No. 100). The parties assert that Defendant STR, Inc. was misnamed as a defendant, and that STR, LLC agrees to be substituted as a defendant in this action in place of STR, Inc. (*Id.* at 2.) Finding good cause, the motion is GRANTED. The complaint (Dkt. No. 1) is deemed amended to substitute "STR LLC" for "STR, Inc." The Clerk is DIRECTED to terminate Defendant "STR, Inc." from the docket and replace it with "STR, LLC."

//

//

//

1     DATED this 4th day of June 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C24-0229-JCC
PAGE - 2