|||
|---|---|
| | THE HONORABLE ROBERT S. LASNIK |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COSTAR GROUP INC, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00229-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, AND ENLARGEMENT OF WORD COUNT**<br><br>NOTE ON MOTION CALENDAR:<br>September 26, 2025 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED COMPLAINT
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

# **STIPULATION**

Pursuant to LCR 7(d)(1), 7(e)(3), 7(j), and 10(g), the Parties, by and through their counsel, have agreed and stipulate as follows:

1. WHEREAS, on August 29, 2025, the Court dismissed Plaintiffs' Class Action Complaint but granted Plaintiffs leave to amend within 30 days (Dkt. 117). Plaintiffs' amended complaint is due September 29, 2025.

2. WHEREAS, due to pre-existing commitments of Plaintiffs' attorneys for the Jewish High Holy Days, Plaintiffs requested from Defendants a four day extension of time, up to and including October 3, 2025, in which to file the amended complaint. Defendants agree to Plaintiffs' request.

3. WHEREAS, Plaintiffs and Defendants have conferred and agree to extend the due date for Defendants' Motion to Dismiss to November 3, 2025, the due date for Plaintiffs' Opposition to the Motion to Dismiss to December 5, 2025, and Defendants' Reply in support of their Motion to Dismiss to January 6, 2026.

4. WHEREAS, the Parties have also conferred and agreed as follows regarding the word limit for the briefing on Defendants' Motion to Dismiss:

- Defendants' brief in support of their joint Motion to Dismiss shall be no more than 11,400 words, which is 3,000 words more than the word limit permitted by LCR 7(e)(3);

- Plaintiffs' brief in opposition to Defendants' joint Motion to Dismiss shall be no more than 11,400 words, which is 3,000 words more than the word limit permitted by LCR 7(3)(e); and

- Defendants' reply in support of their joint Motion to Dismiss shall not exceed 5,700 words as required by LCR 7(f)(4).

5. Good cause exists for enlargement of the word count for the briefing on Defendants' Motion to Dismiss. This is a putative antitrust class action brought against eight Defendants and Defendants' joint Motion to Dismiss will consolidate an otherwise splintered set

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED COMPLAINT – 1
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

of individual motions to dismiss. To adequately brief their joint Motion to Dismiss, Defendants seek a modest enlargement of the word count to allow an additional 3,000 words for their joint Motion to Dismiss and an additional 1,500 words for their joint Reply. Defendants agree to a reciprocal enlargement of the word limit by an additional 3,000 words for Plaintiffs' opposition brief. The Court previously granted the Parties' Stipulated Motion to enlarge the word limit to the above limits for Defendants' Motion to Dismiss Plaintiffs' original complaint. *See* Dkt. 89.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order that:

1. The deadline for Plaintiffs to file an amended complaint is hereby extended from September 29, 2025 to October 3, 2025.

2. The deadline for Defendants to file their Motion to Dismiss is November 3, 2025. Defendants' Motion to dismiss shall be no more than 11,400 words.

3. The deadline for Plaintiffs to file an Opposition to Defendants' Motion to Dismiss is December 5, 2025. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be no more than 11,400 words.

4. The deadline for Defendants to file a Reply in support of Defendants' Motion to Dismiss is January 6, 2026. Defendants' Reply shall be no more than 5,700 words.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED COMPLAINT – 2
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

DATED: September 26, 2025

Respectfully submitted,

/s/ Steve W. Berman
Steve W. Berman, WSBA No. 12536
Theodore Wojcik, WSBA No. 55553
Xiaoyi Fan, WSBA No. 56703
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

*Counsel for Plaintiffs Jeanette Portillo, Alicia Coakley, Freddy Barajas, Heriberto Valiente, David Concepcion, Daniel Kassl, and Daniel Smith, Individually and on Behalf of All Others Similarly Situated*

/s/ Jarrett Arp
Jarrett Arp (*pro hac vice*)
Mari Grace (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
Neal Potischman (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Tina Hwa Joe (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

Heidi Bradley, WSBA No. 35759
BRADLEY BERSTEIN SANDS
2800 First Avenue, Suite 326
Seattle, WA 98121

*Counsel for Defendant Hilton Domestic Operating Company, Inc.*

/s/ Lawrence E. Buterman
Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Sarah M. Ray (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067

Vanessa Soriano Power, WSBA No. 30777
600 University Street, Suite 3600
Seattle, WA 98101

*Counsel for Defendants CoStar Group, Inc. and STR, LLC*

/s/ Katherine B. Forrest
Katherine B. Forrest (*pro hac vice*)
Matthew Robinson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

Paul D. Brachman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047

Robert Maguire
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610

*Counsel for Defendant Loews Hotels Holding Corporation*

STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT – 3
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

/s/ Douglas E. Litvack
Douglas E. Litvack (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

Michael Rosenberger, WBSA No. 17730
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101

*Counsel for Defendant Hyatt Corporation*

/s/ Paul R. Taylor
Paul R. Taylor, WSBA No. 14851
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104

Jeffrey S. Cashdan (*pro hac vice*)
Emily S. Newton (*pro hac vice*)
Lohr A. Beck (*pro hac vice*)
Caroline Buyak (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521

*Counsel for Defendant Six Continents Hotels, Inc.*

/s/ Kristen C. Limarzi
Kristen C. Limarzi (*pro hac vice*)
Melanie L. Katsur (*pro hac vice*)
Sarah Akhtar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036

Jeffrey B. Coopersmith, WSBA No. 30954
Steven Fogg, WSBA No. 23528
CORR CRONIN
1015 Second Avenue, Floor 10
Seattle, WA 98104

*Counsel for Defendant Marriott International, Inc.*

/s/ Robin Wechkin
Robin Wechkin, WSBA No. 24746
SIDLEY AUSTIN LLP
8426 316th Place SE
Issaquah, WA 98027

Carrie Mahan (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
S. Nicole Booth (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Amy P. Lally (*pro hac vice*)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

*Counsel for Defendant Accor Management US Inc.*
STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED COMPLAINT – 4
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated: _____          _____
                                        The Honorable Robert S. Lasnik
                                        UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED COMPLAINT – 5
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I caused the foregoing document to be served upon counsel of record via ECF.

DATED: September 26, 2025           /s/ *Steve W. Berman*
                                                         Steve W. Berman

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE AMENDED COMPLAINT – 6
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX