THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JEANETTE PORTILLO, *et al.*,

                   Plaintiffs,

    v.

COSTAR GROUP INC, *et al.*,

                  Defendants.

Case No. 2:24-cv-00229-RSL

**STIPULATED MOTION AND
ORDER EXTENDING TIME TO
FILE AMENDED COMPLAINT,
SETTING BRIEFING SCHEDULE
FOR DEFENDANTS' MOTION TO
DISMISS, AND ENLARGEMENT OF
WORD COUNT**

STIPULATED MOTION AND ORDER EXTENDING
TIME TO FILE AMENDED COMPLAINT CASE NO.
2:24-CV-00229-RSL
011190-11/3288629 V1


1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

**STIPULATION**

Pursuant to LCR 7(d)(1), 7(e)(3), 7(j), and 10(g), the Parties, by and through their counsel, have agreed and stipulate as follows:

1.      WHEREAS, on August 29, 2025, the Court dismissed Plaintiffs' Class Action Complaint but granted Plaintiffs leave to amend within 30 days (Dkt. 117). Plaintiffs' amended complaint is due September 29, 2025.

2.      WHEREAS, due to pre-existing commitments of Plaintiffs' attorneys for the Jewish High Holy Days, Plaintiffs requested from Defendants a four day extension of time, up to and including October 3, 2025, in which to file the amended complaint. Defendants agree to Plaintiffs' request.

3.      WHEREAS, Plaintiffs and Defendants have conferred and agree to extend the due date for Defendants' Motion to Dismiss to November 3, 2025, the due date for Plaintiffs' Opposition to the Motion to Dismiss to December 5, 2025, and Defendants' Reply in support of their Motion to Dismiss to January 6, 2026.

4.      WHEREAS, the Parties have also conferred and agreed as follows regarding the word limit for the briefing on Defendants' Motion to Dismiss:

- Defendants' brief in support of their joint Motion to Dismiss shall be no more than 11,400 words, which is 3,000 words more than the word limit permitted by LCR 7(e)(3);

- Plaintiffs' brief in opposition to Defendants' joint Motion to Dismiss shall be no more than 11,400 words, which is 3,000 words more than the word limit permitted by LCR 7(3)(e); and

- Defendants' reply in support of their joint Motion to Dismiss shall not exceed 5,700 words as required by LCR 7(f)(4).

5.      Good cause exists for enlargement of the word count for the briefing on Defendants' Motion to Dismiss. This is a putative antitrust class action brought against eight Defendants and Defendants' joint Motion to Dismiss will consolidate an otherwise splintered set

STIPULATED MOTION AND ORDER EXTENDING TIME
TO FILE AMENDED COMPLAINT – 1 CASE NO. 2:24-
CV-00229-RSL
011190-11/3288629 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

of individual motions to dismiss. To adequately brief their joint Motion to Dismiss, Defendants

seek a modest enlargement of the word count to allow an additional 3,000 words for their joint

Motion to Dismiss and an additional 1,500 words for their joint Reply. Defendants agree to a

reciprocal enlargement of the word limit by an additional 3,000 words for Plaintiffs' opposition

brief. The Court previously granted the Parties' Stipulated Motion to enlarge the word limit to

the above limits for Defendants' Motion to Dismiss Plaintiffs' original complaint. *See* Dkt. 89.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

Parties, through their undersigned counsel of record, and the Parties ask the Court to order that:

1.      The deadline for Plaintiffs to file an amended complaint is hereby extended from

September 29, 2025 to October 3, 2025.

2.      The deadline for Defendants to file their Motion to Dismiss is November 3, 2025.

Defendants' Motion to dismiss shall be no more than 11,400 words.

3.      The deadline for Plaintiffs to file an Opposition to Defendants' Motion to Dismiss

is December 5, 2025. Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be no more

than 11,400 words.

4.      The deadline for Defendants to file a Reply in support of Defendants' Motion to

Dismiss is January 6, 2026. Defendants' Reply shall be no more than 5,700 words.

STIPULATED MOTION AND ORDER EXTENDING TIME
TO FILE AMENDED COMPLAINT – 2 CASE NO. 2:24-
CV-00229-RSL
011190-11/3288629 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1  DATED: September 26, 2025

2

3  Respectfully submitted,

4  /s/ Steve W. Berman
   Steve W. Berman, WSBA No. 12536

5  Theodore Wojcik, WSBA No. 55553
   Xiaoyi Fan, WSBA No. 56703

6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 2nd Avenue, Suite 2000

7  Seattle, WA 98101

8  Rio S. Pierce (*pro hac vice*)

9  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202

10 Berkeley, CA 94710

11 *Counsel for Plaintiffs Jeanette Portillo,*
   *Alicia Coakley, Freddy Barajas,*

12 *Heriberto Valiente, David Concepcion,*
   *Daniel Kassl, and Daniel Smith,*

13 *Individually and on Behalf of*

14 *All Others Similarly Situated*

15 /s/ Jarrett Arp

16 Jarrett Arp (*pro hac vice*)
   Mari Grace (*pro hac vice*)

17 DAVIS POLK & WARDWELL LLP
   1050 17th Street, NW

18 Washington, DC 20036
   Neal Potischman (*pro hac vice*)

19 DAVIS POLK & WARDWELL LLP
   900 Middlefield Road

20 Redwood City, CA 94063
   Tina Hwa Joe (*pro hac vice*)

21 DAVIS POLK & WARDWELL LLP

22 450 Lexington Avenue
   New York, NY 10017

23

24 Heidi Bradley, WSBA No. 35759
   BRADLEY BERSTEIN SANDS

25 2800 First Avenue, Suite 326
   Seattle, WA 98121

26

27 *Counsel for Defendant Hilton Domestic*
   *Operating Company, Inc.*

28

/s/ Lawrence E. Buterman
Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Sarah M. Ray (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067

Vanessa Soriano Power, WSBA No. 30777
600 University Street, Suite 3600
Seattle, WA 98101

*Counsel for Defendants CoStar Group, Inc. and*
*STR, LLC*

/s/ Katherine B. Forrest
Katherine B. Forrest (*pro hac vice*)
Matthew Robinson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

Paul D. Brachman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047

Robert Maguire
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610

*Counsel for Defendant Loews Hotels Holding*
*Corporation*



| | |
|---|---|
| 1 | */s/ Douglas E. Litvack* | */s/ Kristen C. Limarzi* |

*/s/ Douglas E. Litvack*
Douglas E. Litvack (*pro hac vice*)
Lindsay C. Harrison (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

Michael Rosenberger, WBSA No. 17730
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101

*Counsel for Defendant Hyatt Corporation*

*/s/ Paul R. Taylor*
Paul R. Taylor, WSBA No. 14851
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104

Jeffrey S. Cashdan (*pro hac vice*)
Emily S. Newton (*pro hac vice*)
Lohr A. Beck (*pro hac vice*)
Caroline Buyak (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521

*Counsel for Defendant Six Continents Hotels, Inc.*

*/s/ Kristen C. Limarzi*
Kristen C. Limarzi (*pro hac vice*)
Melanie L. Katsur (*pro hac vice*)
Sarah Akhtar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036

Jeffrey B. Coopersmith, WSBA No. 30954
Steven Fogg, WSBA No. 23528
CORR CRONIN
1015 Second Avenue, Floor 10
Seattle, WA 98104

*Counsel for Defendant Marriott International, Inc.*

*/s/ Robin Wechkin*
Robin Wechkin, WSBA No. 24746
SIDLEY AUSTIN LLP
8426 316th Place SE
Issaquah, WA 98027

Carrie Mahan (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
S. Nicole Booth (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Amy P. Lally (*pro hac vice*)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067

*Counsel for Defendant Accor Management US Inc.*



## <u>ORDER</u>

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated: _September 29, 2025_

The Honorable Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION ANDORDER EXTENDING TIME
TO FILE AMENDED COMPLAINT – 5 CASE NO. 2:24-
CV-00229-RSL
011190-11/3288629 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX