THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, et al.,<br><br>      Plaintiffs,<br><br> v.<br><br>COSTAR GROUP, INC, et al.,<br><br>      Defendants. | Case No. 2:24-cv-00229-RSL<br><br>**DECLARATION OF DANIEL MCCALLUM IN SUPPORT OF COSTAR GROUP, INC. AND STR, LLC'S MOTION TO SEAL DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

I, Daniel McCallum, hereby declare as follows:

1. I am the Associate General Counsel, Head of Litigation and IP at CoStar Group, Inc. ("CoStar"). CoStar owns STR, LLC ("STR"). I submit this declaration in support of CoStar's and STR's Motion to Seal Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion to Dismiss"). I have personal knowledge of the facts set forth below, and if called upon, can and will testify competently thereto.

2. STR treats the terms of its agreements with its customers, including the agreements with the Hotel Defendants[1] that are discussed in and attached to Plaintiffs' First Amended Complaint (Dkt. 121) ("FAC"), as confidential and commercially sensitive. STR's contracts with its customers typically include confidentiality provisions that preclude STR and STR's customers from disclosing the terms of the agreement.

3. Plaintiffs' FAC attaches STR's contracts, including amendments, with Hyatt, Marriott, Hilton, and IHG, all of whom STR continues to contract with today. The terms of the agreements and amendments attached to the FAC, in many instances, remain in effect today, and are representative of STR's current agreements with its customers.

4. Public disclosure of STR's agreements with the Hotel Defendants, including Plaintiffs' descriptions of the terms of those agreements, would provide STR's competitors with confidential and commercially sensitive information with which to better compete against STR, and would negatively impact STR's negotiations with current and prospective customers, who would gain access to the terms on which STR has and is currently doing business with its customers. Public disclosure would also disclose STR's confidential business strategies, which would allow competitors to attempt to replicate STR's business.

I declare under penalty of perjury that the foregoing is true and correct.

---

[1] The Hotel Defendants are Hilton Domestic Operating Company Inc. ("Hilton"), Hyatt Corporation ("Hyatt"), Six Continents Hotels, Inc. ("IHG"), Loews Hotels Holding Corporation, Marriott International, Inc. ("Marriott"), and Accor Management US Inc. ("Accor").

1    Executed on November 3, 2025 in Arlington, Virginia.

_____
Daniel McCallum

DECL. OF DANIEL MCCALLUM ISO
COSTAR GROUP, INC. AND STR, LLC'S
MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

2