The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANETTE PORTILLO, et al.,

    Plaintiffs,

v.

COSTAR GROUP, INC, et al.,

    Defendants.

Case No. 2:24-cv-00229-RSL

**[PROPOSED] ORDER GRANTING COSTAR GROUP, INC. AND STR, LLC'S MOTION TO SEAL PORTIONS OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

[PROPOSED] ORDER GRANTING
COSTAR GROUP, INC. AND STR, LLC'S
MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

1  This matter came before the Court upon Defendants' motion pursuant to Local Rule 5(g)(3)
2  for an order sealing portions of Defendants' Joint Motion to Dismiss Plaintiffs' First Amended
3  Complaint.  The Court, having considered the Motion and all other pertinent documents and
4  pleadings filed in this action,

5  NOW, therefore, it is ORDERED and ADJUDGED:

6  Defendants' motion to seal portions of its Joint Motion to Dismiss Plaintiffs' First
7  Amended Complaint is GRANTED.

8  IT IS SO ORDERED.

9  Dated: _____

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
COSTAR GROUP, INC. AND STR, LLC'S
MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200