The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COSTAR GROUP, INC, et al.,<br><br>  Defendants. | Case No. 2:24-cv-00229-RSL<br><br>**COSTAR GROUP, INC. AND STR, LLC'S RESPONSE TO PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR**: December 26, 2025 |

COSTAR GROUP, INC. AND STR, LLC'S RESPONSE
TO PLAINTIFFS' MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

1    Defendants STR, LLC and CoStar Group, Inc. (collectively, "STR") respond to Plaintiffs' Motion to Seal Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion to Seal"), ECF No. 127, pursuant to Local Civil Rule 5(g)(3).

On October 3, 2025, Plaintiffs filed their First Amended Complaint ("FAC"). ECF No. 121. Plaintiffs' FAC attached, quoted, and referenced material that STR produced in discovery and designated as Highly Confidential or Outside Counsel Only under the Stipulated Protective Order, including certain of STR's agreements with its hotel customers, and Plaintiffs provisionally filed certain portions of the FAC and exhibits attached thereto under seal. ECF No. 120. In accordance with Local Civil Rule 5(g)(3), STR submitted a declaration supporting the sealing of its customer agreements and allegations in Plaintiffs' FAC that disclosed STR's and its hotel customers' confidential and competitively sensitive business information. ECF Nos. 123, 123-1. STR also moved to seal, and submitted a declaration supporting the sealing of, portions of Defendants' Joint Motion to Dismiss Plaintiffs' FAC that discuss the allegations in Plaintiffs' FAC, and the terms of STR's agreements which are attached to the FAC, that STR previously sought to seal. ECF Nos. 124, 124-1.

On December 5, 2025, Plaintiffs filed the Motion to Seal, and provisionally filed under seal certain information in their Opposition to Defendants' Joint Motion to Dismiss (the "Opposition") because the Opposition supposedly "quote[s] or summarize[s]" documents that Defendants designated under the Protective Order. ECF No. 127 at 1. Prior to filing their Motion to Seal, Plaintiffs did not disclose to Defendants the specific information that Plaintiffs intended to rely on or use in their Opposition. Having now reviewed Plaintiffs' Opposition, and the information that Plaintiffs propose to redact and file under seal, STR does not believe it is necessary to seal the information contained in Plaintiffs' Opposition. The few sentences in Plaintiffs' Opposition that Plaintiffs propose redacting and sealing reflect Plaintiffs' (inaccurate) generalized descriptions and characterizations of the terms of STR's agreements with its customers and do not disclose competitively sensitive information.

In not seeking to seal Plaintiffs' Opposition, STR does not withdraw or waive its confidentiality designations over any of the information it has produced in discovery, including its

COSTAR GROUP, INC. AND STR, LLC'S RESPONSE
TO PLAINTIFFS' MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

1  agreements with its hotel customers.  STR also does not withdraw, and reiterates, its request that
2  the Court seal certain allegations in the FAC and attachments thereto, *see* ECF Nos. 120, 123, 123-
3  1, and the portions of Defendants' Motion to Dismiss that reference those allegations in and
4  attachments to the FAC.  ECF Nos. 124, 124-1.

COSTAR GROUP, INC. AND STR, LLC'S RESPONSE
TO PLAINTIFFS' MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

I certify that this memorandum contains 422 words, in compliance with the Local Civil Rules.

/s/ *Lawrence E. Buterman*
Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Sarah M. Ray (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067

David L. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20001

/s/ *Vanessa Soriano Power*
Vanessa Soriano Power (WSBA No. 30777)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

*Counsel for Defendants CoStar Group, Inc. and STR, LLC*

COSTAR GROUP, INC. AND STR, LLC'S RESPONSE
TO PLAINTIFFS' MOTION TO SEAL
Case No. 2:24-cv-00229-RSL

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200