THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANETTE PORTILLO, *et al.*,

                Plaintiffs,

    v.

COSTAR GROUP, INC., *et al.*,

                Defendants.

Case No. 2:24-cv-00229-RSL

**DEFENDANTS' OBJECTION
TO PLAINTIFFS' "RESPONSE"
TO DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY**

Defendants file this Objection to Plaintiffs' Response to Defendants' Notice of Supplemental Authority, Dkt. 135 (the "Response"), and respectfully request that the Court strike the Response from the record, or alternatively disregard the Response, because the filing violates Local Civil Rule 7(n).

On March 31, 2026, Defendants filed a Notice of Supplemental Authority pursuant to Local Civil Rule 7(n), bringing to the Court's attention a recent, relevant decision from Judge Gottschall in the Northern District of Illinois in *Segal v. Amadeus IT Group, S.A.*, No. 24-cv-1783 (N.D. Ill. Mar. 31, 2026). Dkt. 134. Plaintiffs filed their Response the next day. *See* Dkt. 135. Local Civil Rule 7(n), however, does not allow for the filing of a Response to a Notice of Supplemental Authority, and Plaintiffs' filing is improper. This is also not the first time that Plaintiffs have flaunted Local Civil Rule 7(n)'s requirements. *See* Dkt. 133 (attaching a U.S. Department of Justice Statement of Interest that is not "relevant authority" and including two paragraphs of improper argument). Defendants thus respectfully request that the Court strike Plaintiffs' Response from the record, or alternatively, disregard Plaintiffs' filing.

DEFENDANTS' OBJECTION TO PLAINTIFFS'
RESPONSE
Case No. 2:24-cv-00229-RSL

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

Dated: April 6, 2026


/s/ Heidi Bradley
Heidi Bradley (WSBA No. 35759)
BRADLEY BERNSTEIN SANDS
2800 First Avenue, Suite 326
Seattle, WA 98121

Jarrett Arp (*pro hac vice*)
Mari Grace (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036

Neal Potischman (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063

Tina Hwa Joe (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

*Counsel for Defendant Hilton Domestic Operating Company*

/s/ Michael Rosenberger
Michael Rosenberger (WSBA No. 17730)
GORDON TILDEN THOMAS & CORDELL LLP
600 University Street, Suite 2915
Seattle, WA 98101

Lindsay C. Harrison (*pro hac vice*)
Douglas E. Litvack (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

*Counsel for Defendant Hyatt Corporation*

/s/ Paul R. Taylor
Paul R. Taylor (WSBA No. 14851)
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, Washington 98104

/s/ Vanessa Soriano Power
Vanessa Soriano Power (WSBA No. 30777)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101

/s/ Lawrence E. Buterman
Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Sarah M. Ray (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd.  Suite 1100
Los Angeles, CA 90067

David L. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20001


*Counsel for Defendants CoStar Group, Inc. and STR, LLC*


/s/ Robert Maguire
Robert Maguire (WSBA No. 29909)
DAVIS WRIGHT TREMAINE LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610

Katherine B. Forrest (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

Paul D. Brachman (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006


*Counsel for Defendant Loews Hotels Holding Corporation*

DEFENDANTS' OBJECTION TO PLAINTIFFS' RESPONSE
Case No. 2:24-cv-00229-RSL

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

Jeffrey S. Cashdan (*pro hac vice*)
Emily S. Newton (*pro hac vice*)
Lohr A. Beck (*pro hac vice*)
Caroline Callahan (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521

*Counsel for Defendant Six Continents Hotels, Inc.*

/s/ *Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith (WSBA No. 30954)
Steven Fogg (WSBA No. 23528)
CORR CRONIN
1015 Second Avenue, Floor 10
Seattle, WA 98104

Kristen C. Limarzi (*pro hac vice*)
Melanie L. Katsur (*pro hac vice*)
Sarah Akhtar (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036

*Counsel for Defendant Marriott International, Inc.*

/s/ *Robin Wechkin*
Robin Wechkin (WSBA No. 24746)
SIDLEY AUSTIN LLP
8426 316th Place SE
Issaquah, WA 98027

Carrie Mahan (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
S. Nicole Booth (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

*Counsel for Defendant Accor Management US Inc.*

DEFENDANTS' OBJECTION TO PLAINTIFFS'
RESPONSE
Case No. 2:24-cv-00229-RSL

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200