THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JEANETTE PORTILLO, *et al.*,

                              Plaintiffs,

        v.

COSTAR GROUP INC, *et al.*,

                              Defendants.

Case No. 2:24-cv-00229-RSL

**PLAINTIFF DANIEL KASSL'S NOTICE
OF VOLUNTARY DISMISSAL**

PLAINTIFF DANIEL KASSL'S
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

PLEASE TAKE NOTICE that Plaintiff Daniel Kassl, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all his claims in this action against all defendants without prejudice. Defendants have not served answers or motions for summary judgment in this action. Accordingly, dismissal without prejudice is appropriate. *See* Fed. R. Civ. P. 41(a)(1)(A) and (a)(1)(B).

DATED: May 11, 2026

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
*/s/ Theodore Wojcik*
Theodore Wojcik (WSBA No. 55553)
*/s/ Xiaoyi Fan*
Xiaoyi Fan (WSBA No. 56703)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
Email: tedw@hbsslaw.com
Email: kellyf@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: riop@hbsslaw.com

*Attorneys for Plaintiffs*

PLAINTIFF DANIEL KASSL'S
NOTICE OF VOLUNTARY DISMISSAL – 1
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1



**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2026, I caused the foregoing document to be served upon counsel of record via ECF.

DATED: May 11, 2026

/s/ *Steve W. Berman*
Steve W. Berman

PLAINTIFF DANIEL KASSL'S
NOTICE OF VOLUNTARY DISMISSAL – 2
CASE NO. 2:24-CV-00229-RSL
011190-11/3288629 V1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX