THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANETTE PORTILLO, *et al.*,

                      Plaintiffs,

      v.

COSTAR GROUP, INC., *et al.*,

                      Defendants.

Case No. 2:24-cv-00229-JCC

**NOTICE OF WITHDRAWAL**

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to 83.2(b)(3) of the Local Rules, Robin Wechkin of Sidley Austin LLP hereby withdraws appearance as counsel for Defendant Accor Management US Inc., by and through its undersigned counsel, and respectfully requests that her name be removed from the docket and the ECF distribution list for this action.

Dated: July 15, 2026                        Respectfully submitted,

NOTICE OF WITHDRAWAL
CASE NO. 2:24-CV-00229-RSL           1

/s/ *Robin Wechkin*
Robin Wechkin (WSBA No. 24746)
SIDLEY AUSTIN LLP
8426 316th Place SE
Issaquah, WA 98027
Tel:  (415) 439-1799


Carrie Mahan (*pro hac vice*)
Benjamin M. Mundel (*pro hac vice*)
S. Nicole Booth (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
carrie.mahan@sidley.com
bmundel@sidley.com
nicole.booth@sidley.com

Amy P. Lally (*pro hac vice*)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Tel: (310) 595-9500
alally@sidley.com

*Counsel for Defendant Accor Management US Inc.*

NOTICE OF WITHDRAWAL
CASE NO. 2:24-CV-00229-RSL                    2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I caused a copy of the foregoing document to be served via electronic mail upon counsel of record.

DATED: July 15, 2026.

s/ Robin Wechkin
Robin Wechkin

NOTICE OF WITHDRAWAL
CASE NO. 2:24-CV-00229-RSL                3