THE HONORABLE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

JEANETTE PORTILLO, *et al.*,

Plaintiffs,

v.

COSTAR GROUP INC, *et al.*,

Defendants.

Case No. 2:24-cv-00229-RSL

**ORDER GRANTING MOTION TO PROVISIONALLY SEAL PORTIONS OF FIRST AMENDED COMPLAINT AND EXHIBITS 4-7 ATTACHED THERETO**



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

This matter came before the Court upon Plaintiffs' motion pursuant to Local Rule 5(g(3 for an order provisionally sealing portions of the First Amended Complaint and exhibits 4-7 attached thereto ("Motion". The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action,

NOW, therefore, it is ORDERED and ADJUDGED:

Plaintiffs' motion to provisionally file portions of the Third Amended Complaint and exhibits 4-7 attached thereto is GRANTED.

IT IS SO ORDERED.

Dated: September 25, 2026.

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX