THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEANETTE PORTILLO, et al.,

Plaintiffs,

v.

COSTAR GROUP, INC, et al.,

Defendants.

Case No. 2:24-cv-00229-RSL

**ORDER GRANTING COSTAR GROUP, INC. AND STR, LLC'S MOTION TO SEAL PORTIONS OF DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**



LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200

This matter came before the Court upon Defendants' motion pursuant to Local Rule 5(g)(3) for an order sealing portions of Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Complaint. The Court, having considered the Motion and all other pertinent documents and pleadings filed in this action,

NOW, therefore, it is ORDERED and ADJUDGED:

Defendants' motion to seal portions of its Joint Motion to Dismiss Plaintiffs' First Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated: September 25, 2026.

Robert S. Lasnik

HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE



LATHAM&WATKINS LLP
ATTORNEYS AT LAW
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
+1.212.906.1200