UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEANETTE PORTILLO, *et al.*,<br>Plaintiffs,<br>v.<br>COSTAR GROUP, INC., *et al.*,<br>Defendants. | Case No. 2:24-cv-00229-RSL<br><br>ORDER DENYING MOTION TO SEAL |

This matter comes before the Court on plaintiff's "Motion to Seal Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Complaint" (Dkt. 127) and defendants' response (Dkt. 130). Plaintiffs made their motion to seal "strictly pursuant to the Protective Order and Plaintiffs otherwise do not require these documents be sealed." Dkt. 127 at 2. Defendants state that (1) "[t]he few sentences in Plaintiffs' Opposition that Plaintiffs propose redacting and sealing . . . do not disclose competitively sensitive information" and (2) defendants are "not seeking to seal Plaintiffs' Opposition." Dkt. 130 at 2. Therefore, the Court will DENY plaintiffs' motion to seal (Dkt. 127).

IT IS SO ORDERED.

DATED this 29th day of September, 2026.

Robert S. Lasnik
United States District Judge